## COA NUMBER: <u>01-14-00693-CV</u>

## APPELLANTS' RESPONSE TO
## COURT ORDERED MEDIATION



FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 15 2015

CHRISTOPHER A. PRINE
CLERK

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now <u>Giovanny F. Laguan</u>, appellant, and files this response to Court Ordered Mediation. In support of this motion, appellant shows the court the following:

### I.

The Appellees were granted a Summary Judgment in the 240th District Court of <u>Fort Bend</u> County, Texas, on August 13, 2014 in Cause No. <u>12-DCV-202692</u>, styled Hilary J. Lloyd and Kimberly A. Lloyd v. <u>GIOVANNY LAGUAN, and MARINA DEL TRANSITO MARTINEZ.</u> Appeal was perfected on August <u>15, 2014</u>.

### II.

The deadline for filing a response to Court Ordered Mediation is <u>January 15, 2015.</u>

### III.

Appellants Laguan, and Marina del T. Martinez hereby oppose to Court Ordered Mediation, due to the fact that Appellees are not willing to participate in mediation.

### IV.

WHEREFORE, appellants pray the court grant this motion.

_____ APPELLANT

APPELLANT: GIOVANNY LAGUAN
Address: 2003 CRESTMONT CIRCLE
City, State, Zip: MISSOURI CITY TX 77459
Tel. Number: 832-499-7685

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served on Appellees Hilary J. Lloyd, and Kimberly A. Lloyd by facsimile, certified mail, return receipt requested, and/or by first class United States mail on January 15, 2015.

**VIA FIRST CLASS MAIL**
Appellees Hilary A. Lloyd and Kimberly A. Lloyd
538 Longview Drive
Sugar Land TX 77478

GIOVANNY LAGUAN
2003 Crestmont Circle
Missouri City TX 77459

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3) and the Court's order, I hereby certify that this brief contains approximately 124 words (excluding the items permitted to be excluded under Texas Rule of Appellate Procedure 9.4(i)(1). This is a computer-generated document created in Microsoft Word 2010, using 14-point typeface for all text. In making this certificate of compliance, I am relying on the word count provided by the software used to prepare the document.

Dated: January 15th, 2015

_____
*Appellant*